IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TREMAYNE DIXON,<br>　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>1:13-CV-3870-WBH<br><br>CRIMINAL ACTION NO.<br>1:12-CR-0109-WBH-1 |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation (R&R), [Doc. 45], in which the Magistrate Judge recommends that the instant 28 U.S.C. § 2255 motion to vacate, [Doc. 34], be denied because the valid appeal waiver in Movant's plea agreement bars both grounds in his motion to vacate. In the absence of objection from Movant, this Court concludes that the Magistrate Judge's findings and conclusions are correct.

Accordingly, this Court **ADOPTS** the R&R, [Doc. 45], as the Order of this Court. The motion to vacate, [Doc. 34], is **DENIED**, a certificate of probable cause to appeal is **DENIED**, and the Clerk is **DIRECTED** to enter judgment in favor of Respondent and to close the civil action.

**IT IS SO ORDERED**, this 16 day of September, 2014.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)